# EXHIBIT F

On 2019-02-02 12:25:03-08:00 Cloudflare wrote:

Cloudflare received an abuse report regarding:
codeisfreespeech.com

Please be aware Cloudflare is a network provider offering a reverse proxy, pass-through security service. We are not a hosting provider. Cloudflare does not control the content of our customers.

The actual host for codeisfreespeech.com  are the following IP addresses. 208.82.143.90. Using the following command, you can confirm the site in question is hosted at that IP address: curl -v -H "Host: codeisfreespeech.com" 208.82.143.90/

Below is the report we received:

Reporter's Name: New Jersey Office of the Attorney General
Reporter's Email Address: dcjtipline@njdcj.org
Reporter's Telephone Number: 609-984-6500

Reported URLs:

    https://codeisfreespeech.com/code_files/liberator_complete.zip
    https://codeisfreespeech.com/code_files/ar15_lower_machining/instructions.pdf
    https://codeisfreespeech.com/code_files/ar15_80_percent_lower.zip
    https://codeisfreespeech.com/code_files/ar15_complete.zip
    https://codeisfreespeech.com/code_files/ar10_complete.zip
    https://codeisfreespeech.com/code_files/ruger_10-22_complete.zip
    https://codeisfreespeech.com/code_files/1911_complete.zip
    https://codeisfreespeech.com/code_files/vz58_complete.zip
    https://codeisfreespeech.com/code_files/beretta_92fs_complete.zip
    https://codeisfreespeech.com/checksum.txt
    https://codeisfreespeech.com/gun.png
    https://codeisfreespeech.com/

Reported Destination IPs: {104.27.176.6,104.27.177.6,2606:4700:30::681b:b106,2606:4700:30::681b:b006}

Reported Destination Ports: {443/TCP}

Logs or Evidence of Abuse: This is a notice to Cloudflare that you are serving files consisting of 3D printable firearms in violation of NJ Stat. Ann. § 2C:39-9 3(I)(2).  These files are accessible via Cloudflare's New Jersey datacenter.  You shall delete all files described within 24 hours or we will be forced to press charges in order to preserve the safety of the citizens of New Jersey.


Please address this issue with your customer.

Regards,

Cloudflare Abuse