# EXHIBIT 30

Try Prime | Books | Deliver to Tucson 85701 | Departments | Your Amazon.com | EN | Hello. Sign in Account & Lists | Orders | Try Prime | 0 Cart

Shop Back to School deals

Books · Advanced Search · New Releases · Amazon Charts · Best Sellers & More · The New York Times® Best Sellers · Children's Books · Textbooks

$10 & under with FREE shipping — Shop now ›

Books › Arts & Photography › Architecture



See this image

# The Liberator Code Book: An Exercise in the Freedom of Speech
Paperback – August 1, 2018

by **C J Awelow** (Author)

1 customer review

#1 New Release in Computer Modelling

See all formats and editions

**Paperback**
**$15.00**

1 New from $15.00

The purpose of this exercise is to give a physical analogy between computer code and books. Code is speech. This is a printed copy of .step files for the

**"The Other Woman" by Sandie Jones**
"The Other Woman is an absorbing thriller with a great twist. A perfect beach read." — Kristin Hannah, #1 New York Times bestselling author of "The Great Alone" Pre-order today

Share

**Buy New**   $15.00
Qty: 1

**FREE Shipping** on orders over $25—or get **FREE Two-Day Shipping** with **Amazon Prime**

**In Stock.**
Ships from and sold by Amazon.com.
Gift-wrap available.

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

[ Add to Cart ]
[ Buy Now ]

Turn on 1-Click ordering for this browser

Want it Tuesday, Aug. 14? Order within **4 hrs 8 mins** and choose **Two-Day Shipping** at checkout. Details

Deliver to Tucson 85701

[ Add to List ]

Have one to sell? [ Sell on Amazon ]

**Building Codes Ill...**
Dive into the history and application of the International Building Code with this guide from Francis D.K. Ching
› Learn more

Ad feedback

## Product details

**Paperback:** 430 pages
**Publisher:** CreateSpace Independent Publishing Platform (August 1, 2018)
**Language:** English
**ISBN-10:** 1724740733

**ISBN-13:** 978-1724740731
**Product Dimensions:** 6 x 1 x 9 inches
**Shipping Weight:** 1.6 pounds (View shipping rates and policies)
**Average Customer Review:** 1 customer review
**Amazon Best Sellers Rank:** #13,534 in Books (See Top 100 in Books)

#2 in Books > Computers & Technology > Graphics & Design > **Computer Modelling**
#2 in Books > Computers & Technology > Graphics & Design > **CAD**
#8 in Books > Arts & Photography > Architecture > **Drafting & Presentation**

Would you like to **tell us about a lower price**?
If you are a seller for this product, would you like to **suggest updates through seller support**?

### Related Video Shorts (0)  Upload your video


Be the first video
Your name here

| Tell the Publisher! |
| --- |
| I'd like to read this book on Kindle |
| Don't have a Kindle? Get your Kindle here, or download a **FREE** Kindle Reading App. |

## Customer reviews

 **1**
5.0 out of 5 stars

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Share your thoughts with other customers

[Write a customer review]

**Search customer reviews**

[     ] [Search]

See all 1 customer reviews

### Top customer reviews

Roadblock

**I like freedom of speech!**
August 11, 2018
Freedom of speech is a good thing. So is the US Consitution!
4 people found this helpful

[Helpful]  [Not Helpful]   Comment   Report abuse

See the review

[Write a customer review]

### Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** The Liberator Code Book: An Exercise in the Freedom of Speech

[Set up a giveaway]

Your recently viewed items and featured recommendations

See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
- Careers
- Blog
- About Amazon
- Investor Relations
- Amazon Devices

**Make Money with Us**
- Sell on Amazon
- Sell Your Services on Amazon
- Sell on Amazon Business
- Sell Your Apps on Amazon
- Become an Affiliate
- Advertise Your Products
- Self-Publish with Us
- › See all

**Amazon Payment Products**
- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon.com Corporate Credit Line
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

English     United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use     Privacy Notice     Interest-Based Ads     © 1996-2018, Amazon.com, Inc. or its affiliates