# EXHIBIT 33

# EXHIBIT B

# <u>Appendix 1</u>

# DEFCAD File Summary



# AR-15 Assembly

# GrabCAD



## AR-15 M16 A1






# CNCGuns



# VZ. 58 Assembly

# GrabCAD



## vz. 58 Rifle


**Oliver**
November 23rd, 2016



# AR-10 Assembly

# GrabCAD



**AR-10 Battle Rifle (7.62x51mm)**


Oliver
November 8th, 2016



# Liberator Pistol Assembly

# GrabCAD



## LIBERATOR GUNS FULL


Juan Fco
March 1st, 2015



# Beretta M9 Assembly

# GrabCAD



**Beretta 92FS**



**Gorjup Design**
September 25th, 2011



# 1911 Assembly

# GrabCAD



## Colt M1911 A1



Milos Golijanin
September 24th, 2017



# CNCGuns



# 10/22 Assembly

# GrabCAD



# CNCGuns



# 308 80% (AR-10) Lower Model

# CNCGuns

# AR-15 80% Lower Model

# GrabCAD



**Mil spec AR 15 Lower**

 ToddAho
April 29th, 2012



# CNCGuns

# See Above

# <u>Appendix 2</u>

## Other Files and Printables

# g-code Files (like Ghost Gunner files)









# Printable Gun Files
# And MegaPack



**FOSSCAD MEGA PACK v4.8 (Ishikawa) Album**
by **maduece**   Apr 14 2016

Next Post ❯

**FOSSCAD: Gluty AR-15 9mm Pistol**

Here we have the Gluty AR-15 9mm Pistol and it works. This firearm is the colloration of 3 designers over the course of a few months. It accepts a Glock generation 3 or 4 magazine. This design is an improvement on the FOSSCAD Shuty AR-15 9mm Pistol version 4.0 MP-1. The Gluty uses all the same parts as the Shuty v4.0 MP-1 except for the lower receiver and magazine release.



## FOSSCAD MEGA PACK v4.8 (Ishikawa) Album
by **maduece**  Apr 14 2016

**Next Post** →

### FOSSCAD: Caleb AR-10 Lower Receiver

This is an AR-10 receiver. It will not work with AR-15 uppers. It is DPMS pattern. Bolt hold open has been deleted on this lower receiver, so any AR-15 lower parts kit can be used to build it out. Ensure any parts kit installed has been rated for AR-10 use.

FOSSCAD: Nephilim AR-10 Lower Receiver v2.0





