# EXHIBIT 40

| [Biggerhammer](#) | [SIG AMT/PE57/550](#) | [Stoner SR-25](#) | [Barrett .50](#) | [AR15/M16 FAQs](#) |
|---|---|---|---|---|
| [Bushmaster Armpistol](#) | [M96 Expeditionary](#) | [ANM2](#) | | [HAC-7](#) |

# Colt AR-15 CAD Files

Note the following files are for reference only, and are not intended for use in production of an actual firearm or sear. Also note that ownership of a DIAS and AR15 constitutes ownership of a machingun, please abide by the law and use these materials solely for educational purposes.



Adobe Acrobat Files

[Receiver](#)     [DIAS Assembly](#)     [DIAS Housing](#)     [DIAS Sear](#)

[3D Receiver Wirefream - No Dimensions -](#)

Zip File of ALL DWG and Pro/E Files Created for these Items

## Master CAD Files
(Updated to include dimension fixes from first version)

Special thanks to Duke Snider for all the work and detail he put into these

## 3 Dimensional Wireframe AutoCad File by John M. Sabato

## 9mm AR15 Blueprints for Fabrication of own aftermarket unit
(From Home Workshop Guns by Bill Holmes)

## Unknown Origin set of Blueprints

Animations using Pro E from the US ARMY

| M4 Receiver Firing | M4 Buttstock | Magazine |
| M203 Grenade Launcher | Bolt Locking | M9 Bayonet |

Last Modified on June 29, 2003
aalbert@biggerhammer.net