# EXHIBIT 41

=3D CAD BROWSER=   3D MODELS   REGISTER   LOGIN   Search 3D Models

Vehicles   Aircraft   Watercraft   Architecture   People   Electronics   Furniture   Industrial   Nature   Weapons   TOP 500   NEW 500

## AR-15 Lower Receiver 3D CAD Model   ★★★☆☆

| Code: 42013 | Type: CAD Solid | Polygons: - | Vertices: - | Sub-Objects: - | Materials: - | Textures: - | Account n... An... REGISTE... |
|---|---|---|---|---|---|---|---|







**AR-15 Lower Receiver 3D CAD Model** for AutoCAD, SolidWorks, Inventor, Pro/Engineer, CATIA, 3ds Max, Maya, Cinema... Softimage, Blender and other CAD and 3D modeling software.
Lower Receiver to an AR-15.
This 3D object can be downloaded in .step, .iges, .max, .obj, .3ds, .fbx, .dxf, .lwo, .stl, .wrl, .ma, .dae, .x and .asc file formats.

ar15, solid, lower, receiver, nurbs

Uploaded by Jesued at 13 December 2010 into Weapons - Assault Rifles 3D Models.




### Similar 3D Models

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| AR-15 Rifle | M4A1 Rifle | Remington 870 Shotgun | M16 Colt | M-16 A2 Rifle | |

| Winchester 1873 Saddleloop Carbine | Shotgun (Over and Under) | SKS Rifle | M14 Rifle | Winchester 1873 SRC | St |

Terms Of Use    Privacy Policy    Support

Copyright © 3D CAD Browser, 2001-2018