# EXHIBIT 53

Shop / Books



# Defense Distributed Liberator

by Wilson Cody

☆☆☆☆☆  Be the first to write a review

**Paperback**
**$20.99**

🔘 Ship This Item — **Qualifies for Free Shipping**  ⓘ

⚪ Unavailable for pickup at **B&N Town & Country**  ⓘ
   Check Availability at Nearby Stores

| ADD TO CART | Sign in to Purchase Instantly |

🚚 Choose Expedited Shipping at checkout for
   guaranteed delivery by **Friday, February 8**

1 New & Used from $16.31 in Marketplace


Add to Wishlist

## Overview

This is the CAD file (in ".step" format) for Cody Wilson and Defense Distributed's Liberator 3D-printed pistol. The file has been formatted such that this book should be easy to scan back in and make a digital copy from.

## Product Details

| | |
|---|---|
| ISBN-13: | 9780692182666 |
| Publisher: | Brett Thomas |
| Publication date: | 08/27/2018 |
| Pages: | 444 |
| Sales rank: | 1,115,282 |

CELEBRATE THE LUNAR NEW YEAR WITH THESE GREAT ASIAN-AMERICAN AUTHORS

READ MORE

Product dimensions:      8.50(w) x 11.00(h) x 0.90(d)

## Customer Reviews

| Average Review | | Share This Item |
|---|---|---|
| 0 | Write a Review |  |
| ☆☆☆☆☆ | | |
| Be the first to write a review | | |

## Recently Viewed

Clear All



Defense Distributed
Liberator

by Wilson Cody

☆☆☆☆☆

## Related Searches

ameisenroman raff codys
abenteuer

book by cody ramer

book by basil wilson duke



onward and upward

book by barbara burris

book by morden grey

## Explore More Items



**Ameisenroman: Raff Codys Abenteuer**
«Was zum Teufel machst du hier?», schnauzt Frogman Raff Cody an, als der Junge gutgläubig ...
**Quick View**



**Anthill**
The two-time Pulitzer Prize–winning biologist delivers an astonishing literary achievement (Anthony Gottlieb, The Economist).Winner of ...
**Quick View**



**Boulder Creek Rendezvous: The Wilson Brothers Protect Their**
The young Wilson boys learn the ropes and become true cowboys in spite of Mother ...
**Quick View**

Terms of Use   Copyright & Trademark   Privacy Policy   Sitemap   Accessibility

©1997-2019 Barnes & Noble Booksellers, Inc.
122 Fifth Avenue, New York, NY 10011

Give Feedback

