HARTMAN & WINNICKI, P.C.
Daniel L. Schmutter
dschmutter@hartmanwinnicki.com
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040

BECK REDDEN LLP
Chad Flores*
cflores@beckredden.com
Daniel Hammond*
dhammond@beckredden.com
Hannah Roblyer*
hroblyer@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700
*Pro hac vice motions to be filed
*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEFENSE DISTRIBUTED, SECOND AMENDMENT FOUNDATION, INC., FIREARMS POLICY COALITION, INC., FIREARMS POLICY FOUNDATION, THE CALGUNS FOUNDATION, CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, INC., and BRANDON COMBS,<br><br>     Plaintiffs,<br><br>  v.<br><br>GURBIR GREWAL, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY,<br><br>     Defendant. | Civil Action No. _____<br><br>***Document electronically filed***<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **DANIEL L. SCHMUTTER, ESQ.**, hereby certify as follows:

1. I am an attorney at law admitted to practice before this Court and am a member of the firm of Hartman & Winnicki, P.C., attorneys for Plaintiffs in the above-captioned matter. On February 5, 2019, I electronically filed and served the following documents on behalf of Plaintiffs:

    a. Plaintiffs' Verified Complaint with Exhibits A-F
    b. Plaintiffs' Civil Cover Sheet
    d. Plaintiffs' Corporate Disclosure Statement
    e.. Plaintiffs' Brief in Support of Plaintiffs'Motion for a Temporary Restraining Order and Preliminary Injunction, with Exhibits 1-53
    f. Plaintiffs' Proposed Order to Show Cause with Temporary Restraining Order
    g. Plaintiffs' Proposed Order Granting Preliminary Injunction
    h. Declaration of Brandon Combs
    i. Declaration of Daniel Hammond

2. Service of each of the foregoing documents was also made on this date upon the following via electronic mail:

    Pillsbury Winthrop Shaw Pittman, LLP
    Casey Low
    casey.low@pillsburylaw.com
    Kenneth W. Taber
    kenneth.taber@pillsburylaw.com
    Benjamin D. Tievsky
    benjamin.tievsky@pillsburylaw.com

    New Jersey Attorney General's Office
    Lorraine Karen Rak
    Lorraine.Rak@law.njoag.gov
    Melissa Medoway
    Melissa.Medoway@law.njoag.gov
    Jeremy Feigenbaum
    Jeremy.Feigenbaum@njoag.gov

I declare under penalty of perjury that the foregoing is true and correct.

By: s/ Daniel L. Schmutter, Esq.
Dated: February 5, 2019      Daniel L. Schmutter, Esq.
**HARTMAN & WINNICKI, P.C.**
74 Passaic Street
Ridgewood, New Jersey 07450
Phone: (201) 967-8040
Fax:    (201) 967-0590
dschmutter@hartmanwinnicki.com
*Attorneys for Plaintiffs*