UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE: TRENTON**　　　　　　　　　　　　　　　　　　2/7/2019
**JUDGE ANNE E. THOMPSON**
**NOT ON THE RECORD**

**TITLE OF CASE:**　　　　　　　　　　　　　　　　　　CV19-4753(AET)

DEFENSE DISTRIBUTED, ET AL.

v.

GURBIR S GREWA

**APPEARANCES:**
Daniel L. Schmutter, Esq., Charles Flores, Esq., Daniel Hannon, Esq. & Hannah Roblyer, Esq., for plaintiffs.
Jeremy Feigenbaum, DAG, Lorraine Rak, DAG, Eric Boden, DAG & Melissa Medoway, DAG, for defendant.

**NATURE OF PROCEEDINGS:**
Telephone conference re: Temporary Restraining Order held in chambers.
Parties to propose briefing schedule to the Court.

**TIME COMMENCED: 4:30 pm**
**TIME ADJOURNED: 4:40 pm**
**TOTAL TIME: 10 minutes**

　　　　　　　　　　　　　　　　　　　　　　　s/Ann Dello Iacono
　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**