

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

**Plaintiff**
DEFENCE DISTRIBUTED, ET AL.,

vs

**Defendant**
GURBIR S. GREWAL,

DOCKET NO. 3:19-CV-04753-AET

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

**Person to be served:** GURBIR S. GREWAL
c/o ATTORNEY GENERAL OF NEW JERSEY
**Address:**
25 MARKET ST.
HUGHES JUSTICE COMPLEX
TRENTON NJ 08625

**Attorney:**
HARTMAN & WINNICKI, P.C.
74 PASSAIC AVE.
RIDGEWOOD NJ 07450

**Papers Served:**
SUMMONS; VERIFIED COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S BRIEF; PLAINTIFF'S PROPOSED ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINING ORDER; PLAINTIFF'S PROPOSED ORDER GRANTING PRELIMINARY INJUNCTION; DECLARATION OF BRANDON COMBS; DECLARATION OF DANIEL HAMMOND; CERTIFICATE OF SERVICE; CORPORATE DISCLOSURE STATEMENT; EXHIBITS

**Service Data:**
Served Successfully ✓    Not Served ____    Date: 2/8/19    Time: 2:45 PM    Attempts: ____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title
Ellen Seitz

**Description of Person Accepting Service:**
Age: 70   Height: 5-3   Weight: 160   Hair: BRN.   Sex: F   Race: Wht.

**Non-Served:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time
                    _____ Date _____ Time
( ) Other: _____ Comments or Remarks _____

Subscribed and Sworn to me this
8th day of February, 2019

_____
Notary Signature

ROBERT CIFELLI
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/6/2023

I, TUGRUL TURNA, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____  2/8/19
Signature of Process Server    Date

DGR - THE SOURCE FOR LEGAL SUPPORT
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No. 438164
File No. 19-CV-04753-AET-TJB