UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE: TRENTON**                                                2/13/2019
**JUDGE ANNE E. THOMPSON**
**NOT ON THE RECORD**

**TITLE OF CASE:**                                                CV19-4753(AET)

DEFENSE DISTRIBUTED, ET AL.

v.

GURBIR S GREWA

**APPEARANCES:**
Daniel L. Schmutter, Esq., Charles Flores, Esq., Daniel Hannon, Esq. & Hannah Roblyer, Esq., for plaintiffs.
Glenn Moramarco, AAG & Jeremy Feigenbaum, AAG, Stuart Feinblatt, AAG, for defendant.

**NATURE OF PROCEEDINGS:**
Telephone scheduling conference re: Motion for Preliminary Injunction and Motion for Temporary Restraining Order.
Preliminary Injunction hearing set for March 20, 2019 at 10:00 a.m.
Order to follow.

**TIME COMMENCED: 8:30 am**
**TIME ADJOURNED: 8:45 am**
**TOTAL TIME: 15 minutes**

                                                    <u>s/Ann Dello Iacono</u>
                                                    **Deputy Clerk**