NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEFENSE DISTRIBUTED, SECOND AMENDMENT FOUNDATION, INC., FIREARMS POLICY COALITION, INC., FIREARMS POLICY FOUNDATION, CALGUNS FOUNDATION, CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, and BRANDON COMBS,<br><br>Plaintiffs,<br><br>v.<br><br>GURBIR GREWAL, ATTORNEY GENERAL of the STATE of NEW JERSEY,<br><br>Defendant. | Civ. No. 19-4753<br><br>**ORDER** |

THOMPSON, U.S.D.J.

IT APPEARING that counsel for Plaintiffs, Charles Flores, Daniel Schmutter, Daniel Hammond, and Hannah Roblyer, and counsel for Defendant, Glenn Moramarco, Jeremy Feigenbaum, and Stuart Feinblatt, participated in a telephonic conference with the Court to schedule future proceedings (ECF No. 11),

IT IS on this 14th day of February, 2019,

ORDERED that Plaintiffs should amend their Motion for Temporary Restraining Order if they no longer seek that relief by February 20, 2019; and it is further

ORDERED that Defendant shall submit any opposition to Plaintiffs' Motion Pursuant to Rule 65 of the Federal Rules of Civil Procedure by March 6, 2019; and it is further

2

ORDERED that Plaintiffs may submit a reply in support of their Motion Pursuant to Rule 65 of the Federal Rules of Civil Procedure by March 11, 2019; and it is further

ORDERED that the Court will schedule a hearing for Plaintiffs' Motion Pursuant to Rule 65 of the Federal Rules of Civil Procedure for March 20, 2019 at 10:00 AM.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.