## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Defense Distributed,<br>Second Amendment Foundation, Inc.,<br>Firearms Policy Coalition, Inc.,<br>Firearms Policy Foundation,<br>The Calguns Foundation,<br>California Association of Federal<br>Firearms Licensees, Inc., and<br>Brandon Combs,<br>　　　　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>Gurbir Grewal, Attorney General of the<br>State of New Jersey,<br>　　　　　　　　*Defendant*. | No. 3:19-cv-04753-AET-TJB |

**Plaintiffs' Notice of Motion for a**
**Preliminary Injunction**

BECK REDDEN LLP
Chad Flores
cflores@beckredden.com
Daniel Hammond
dhammond@beckredden.com
Hannah Roblyer
hroblyer@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

HARTMAN & WINNICKI, P.C.
Daniel L. Schmutter
dschmutter@hartmanwinnicki.com
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040

Josh Blackman*
joshblackman@gmail.com
1303 San Jacinto Street
Houston, TX 77002
(202) 294-9003
*Pro hac vice* motion to be filed

Counsel for Plaintiffs

PLEASE TAKE NOTICE that:

1.      On March 20, 2019, Plaintiffs will move for the entry of a preliminary injunction against Gurbir Grewal, New Jersey Attorney General.  *See* Fed. R. Civ. P. 65.

2.      Plaintiffs will support the motion with their amended complaint and the brief, declarations, and other evidence submitted herewith.

3.      Plaintiffs request oral argument.

4.      Plaintiffs submit a proposed form of order herewith

5.      Plaintiffs request expedited consideration because of the action's extraordinary constitutional concerns, because irreparable injury is occurring now, and because further irreparable injury is imminently threatened.

Date: February 20, 2019                    Respectfully submitted,

BECK REDDEN LLP                            HARTMAN & WINNICKI, P.C.
Chad Flores                                s/ Daniel L. Schmutter
cflores@beckredden.com                     Daniel L. Schmutter
Daniel Hammond                             dschmutter@hartmanwinnicki.com
dhammond@beckredden.com                    74 Passaic Street
Hannah Roblyer                             Ridgewood, New Jersey 07450
hroblyer@beckredden.com                    (201) 967-8040
1221 McKinney Street, Suite 4500
Houston, Texas 77010                       Josh Blackman*
(713) 951-3700                             joshblackman@gmail.com
                                           1303 San Jacinto Street
                                           Houston, TX 77002
                                           (202) 294-9003
                                           *Pro hac vice motion to be filed

                    Counsel for Plaintiffs