UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Defense Distributed,<br>Second Amendment Foundation, Inc.,<br>Firearms Policy Coalition, Inc.,<br>Firearms Policy Foundation,<br>Calguns Foundation,<br>California Association of Federal<br>Firearms Licensees, and<br>Brandon Combs,<br>    *Plaintiffs*,<br><br>    v.<br><br>Gurbir Grewal, Attorney General of the<br>State of New Jersey,<br>    *Defendant*. | No. 3:19-cv-04753-AET-TJB |

**AMENDED DECLARATION OF DANIEL HAMMOND**

1. I am an attorney at Beck Redden LLP in Houston, Texas and counsel for Plaintiffs in this action. I have personal knowledge of the facts set forth herein and could and would testify competently thereto.

2. Exhibit 3 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a letter and enclosures sent by Gurbir Grewal to Defense Distributed on July 26, 2018.

3. Exhibit 4 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a letter sent by Gurbir Grewal to the Deputy Clerk of the Court of the Superior Court of New Jersey

on July 30, 2018.

4. Exhibit 5 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a letter sent by Gurbir Grewal to DreamHost on July 30, 2018 and a letter sent to Cloudflare on November 22, 2018.

5. Exhibit 6 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a press release issued by Gurbir Grewal on July 30, 2018.

6. Exhibit 7 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a letter sent by Gurbir Grewal and others to Mike Popeo and Jeff Sessions on July 30, 2018.

7. Exhibit 8 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a letter sent by Gurbir Grewal and others to Mike Popeo and Jeff Sessions on August 10, 2018.

8. Exhibit 9 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a letter Gurbir Grewal sent to Defense Distributed on August 30, 2018.

9. Exhibit 10 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a letter Dan Schmutter sent to Janine Matton on September 4, 2018.

10. Exhibit 11 in support of Plaintiffs' motion for a temporary restraining order

and preliminary injunction is a true and correct copy of a letter the United States Department of State sent to Defense Distributed on May 8, 2013.

11. Exhibit 12 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a letter Jahan Harwig sent to Sarah Heidema on June 21, 2013.

12. Exhibit 14 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a Settlement Agreement between Defense Distributed, the Second Amendment Foundation, Inc., Conn Williamson, and officials of the United States Department of State.

13. Exhibit 15 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a letter sent by the United States Department of State to Cody Wilson, Defense Distributed, and the Second Amendment Foundation, Inc. on July 27, 2018.

14. Exhibit 16 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of the Temporary Modification of Category I of the United States Munitions List that occurred on July 27, 2018

15. Exhibit 18 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a letter sent by the United States Department of Justice to Jeff Sprung on August 2, 2018.

16. Exhibit 27 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a July 10, 2018 Wired Magazine article.

17. Exhibit 28 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of an email from Todd Bowers to Aaron Goldstein and others sent on August 2, 2018.

18. Exhibit 29 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a press release issued by New York Attorney General Barbara Underwood.

19. Exhibit 30 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of an Amazon.com product listing for a book entitled "The Liberator Code Book: An Exercise in the Freedom of Speech.

20. Exhibit 31 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a Forbes Magazine online article published on August 23, 2018.

21. Exhibit 32 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a RedState Magazine article published on August 1, 2018.

22. Exhibit 33 are true and correct copies of screenshots from the websites of defcad.com, GrabCAD.com, CNCGuns.com, and FOSSCAD.org as of July

26, 2018.

23. Exhibit 34 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of the 3D Insider's publication "How to 3D Print: Beginner's Guide to 3D Printing" from November 25, 2018

24. Exhibit 35 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of All3DP's article "3D Slicer Settings for Beginners – 8 Things You Need to Know" from November 25, 2018.

25. Exhibit 36 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of 3Dhubs' online article "Introduction" as of November 25, 2018.

26. Exhibit 37 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a GrabCAD.com website as of November 27, 2018.

27. Exhibit 38 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of an optimusdefense.com website as of November 27, 2018.

28. Exhibit 39 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a cncguns.com website as of November 27, 2018.

29. Exhibit 40 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a biggerhammer.net website as of November 27, 2018.

30. Exhibit 41 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a 3dcadbrowser.com website as of November 27, 2018.

31. Exhibit 48 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of Eric S. Raymond's "The Cathedral and the Bazaar" publication as of November 27, 2018.

32. Exhibit 49 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a pinshape.com website as of November 27, 2018.

33. Exhibit 52 in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction is a true and correct copy of a press release issued by New Jersey Governor Phil Murphy.

34. Exhibit 53 is a true and correct copy of a screenshot of a barnesandnoble.com website as of February 5, 2019.

35. Exhibit 54 is a true and correct of an e-mail and its attachment sent from Chad Flores to Jeremy Feigenbaum, Katherine Gregory, Melissa Medoway, and Gless Moramarco on Feburary 14, 2019.

36. Exhibit 55 is a true and correct copy of an e-mail sent from Jeremy

Feigenbaum to Chad Flores, Katherine Gregory, Melissa Medoway, and Glenn Moramarco sent on Feburary 19, 2019.

37. I declare under penalty of perjury that the foregoing is true and correct.


s/ Daniel Hammond                              February 20, 2019