# EXHIBIT 33

# Exhibit B

# <u>Appendix 1</u>

# DEFCAD File Summary



# AR-15 Assembly

# GrabCAD



### AR-15 M16 A1






# CNCGuns



# VZ. 58 Assembly

# GrabCAD



**vz. 58 Rifle**

**Oliver**
November 23rd, 2016



# AR-10 Assembly

# GrabCAD



**AR-10 Battle Rifle (7.62x51mm)**


**Oliver**
November 8th, 2016



# Liberator Pistol Assembly

# GrabCAD



## LIBERATOR GUNS FULL


Juan Fco
March 1st, 2015



# Beretta M9 Assembly

# GrabCAD







# 1911 Assembly

# GrabCAD



### Colt M1911 A1


**Milos Golijanin**
September 24th, 2017



# CNCGuns



# 10/22 Assembly

# GrabCAD



# CNCGuns



# 308 80% (AR-10) Lower Model

# CNCGuns



# AR-15 80% Lower Model

# GrabCAD



**Mil spec AR 15 Lower**


ToddAho
April 29th, 2012



# CNCGuns

# See Above

# **Appendix 2**

## **Other Files and Printables**

# g-code Files (like Ghost Gunner files)



# Printable Gun Files
# And MegaPack



**FOSSCAD MEGA PACK v4.8 (Ishikawa) Album**
by maduece    Apr 14 2016

Next Post >

**FOSSCAD: Gluty AR-15 9mm Pistol**
Here we have the Gluty AR-15 9mm Pistol and it works. This firearm is the colloration of 3 designers over the course of a few months. It accepts a Glock generation 3 or 4 magazine. This design is an improvement on the FOSSCAD Shuty AR-15 9mm Pistol version 4.0 MP-1. The Gluty uses all the same parts as the Shuty v4.0 MP-1 except for the lower receiver and magazine release.



**FOSSCAD MEGA PACK v4.8 (Ishikawa) Album**
by **maduece**   Apr 14 2016

Next Post

**FOSSCAD: Caleb AR-10 Lower Receiver**
This is an AR-10 receiver. It will not work with AR-15 uppers. It is DPMS pattern. Bolt hold open has been deleted on this lower receiver, so any AR-15 lower parts kit can be used to build it out. Ensure any parts kit installed has been rated for AR-10 use.

FOSSCAD: Nephilim AR-10 Lower Receiver v2.0



**FOSSCAD MEGA PACK v4.8 (Ishikawa) Album**
by **maduece**   Apr 14 2016

Next Post >

**FOSSCAD: PM422 Songbird .22LR Pistol**

This is a single-shot, single-action 3d-printed pistol chambered in .22LR. It operates under a principle wherein the frame holds the barrel in compression axially and prevents the barrel layers from separating. This allows the barrel to be smaller in diameter than previous, unsupported designs. 100% printed barrels are not intended to have a long service life.



