# EXHIBIT 53

Shop / Books



# Defense Distributed Liberator

by **Wilson Cody**

☆☆☆☆☆ Be the first to write a review

---

**Paperback**

$**20.99**

◉ Ship This Item — **Qualifies for Free Shipping** ⓘ

○ Unavailable for pickup at **B&N Town & Country** ⓘ
  Check Availability at Nearby Stores

[ ADD TO CART ]   [ Sign in to Purchase Instantly ]

🚚 Choose Expedited Shipping at checkout for guaranteed delivery by **Friday, February 8**

---

1 New & Used from $16.31 in *Marketplace*

♡ Add to Wishlist

## Overview

This is the CAD file (in ".step" format) for Cody Wilson and Defense Distributed's Liberator 3D-printed pistol. The file has been formatted such that this book should be easy to scan back in and make a digital copy from.

## Product Details

| | |
|---|---|
| ISBN-13: | 9780692182666 |
| Publisher: | Brett Thomas |
| Publication date: | 08/27/2018 |
| Pages: | 444 |
| Sales rank: | 1,115,282 |

CELEBRATE THE LUNAR NEW YEAR WITH THESE GREAT ASIAN-AMERICAN AUTHORS
READ MORE

Product dimensions:  8.50(w) x 11.00(h) x 0.90(d)

## Customer Reviews

**Average Review**

0

☆ ☆ ☆ ☆ ☆

Be the first to write a review

Write a Review

**Share This Item**



## Recently Viewed

Clear All



Defense Distributed Liberator

by Wilson Cody

☆ ☆ ☆ ☆ ☆

### Related Searches

ameisenroman raff codys abenteuer

book by cody ramer

book by basil wilson duke



CELEBRATE THE LUNAR NEW YEAR WITH THESE GREAT ASIAN-AMERICAN AUTHORS

READ MORE

onward and upward

book by barbara burris

book by morden grey

### Explore More Items



**Ameisenroman: Raff Codys Abenteuer**

«Was zum Teufel machst du hier?», schnauzt Frogman Raff Cody an, als der Junge gutgläubig ...

Quick View



**Anthill**

The two-time Pulitzer Prize–winning biologist delivers an astonishing literary achievement (Anthony Gottlieb, The Economist).Winner of ...

Quick View



**Boulder Creek Rendezvous: The Wilson Brothers Protect Their**

The young Wilson boys learn the ropes and become true cowboys in spite of Mother ...

Quick View

Terms of Use   Copyright & Trademark   Privacy Policy   Sitemap   Accessibility

©1997-2019 Barnes & Noble Booksellers, Inc.
122 Fifth Avenue, New York, NY 10011

## Give Feedback



CELEBRATE THE LUNAR NEW YEAR WITH THESE GREAT ASIAN-AMERICAN AUTHORS

READ MORE