# EXHIBIT 55

| From: | Jeremy Feigenbaum |
|---|---|
| To: | Chad Flores; Katherine Gregory; Melissa Medoway; Glenn Moramarco |
| Cc: | Daniel L. Schmutter |
| Subject: | RE: Defense Distributed et al. v Grewal, No. 3:19-cv-04753-AET-TJB (D.N.J.) |
| Date: | Tuesday, February 19, 2019 2:57:24 PM |

Thanks for reaching out, Chad.

As we've explained, Section 3(l)(2) addresses the distribution of (1) digital instructions, (2) in the form of computer-aided design files or other code or instructions stored or displayed in electronic format as a digital model, that (3) may be used to program a three-dimensional printer to manufacture or produce a firearm. In other words, Section 3(l)(2) prohibits the distribution of computer files that can be used to direct a 3D printer to manufacture a firearm. Section 3(l)(2) does not prohibit the distribution of how-to manuals, advertisements, or other gun-related information whether posted online or mailed. Section 3(l)(2) also does not cover communications between individuals at trade shows.

Insofar as your clients intend to distribute how-to manuals, advertisements, or other gun-related information, or speak about 3D printable firearm code (including at trade shows), your clients would not be in violation of Section 3(l)(2). We cannot, of course, provide any generalized assurances one way or the other regarding the enforcement of Section 3(l)(2) if your clients intend to violate the plain terms of the statute.

Jeremy M. Feigenbaum
Assistant Attorney General
Jeremy.Feigenbaum@njoag.gov

**From:** Chad Flores <Cflores@beckredden.com>
**Sent:** Thursday, February 14, 2019 1:18 PM
**To:** Jeremy Feigenbaum <Jeremy.Feigenbaum@njoag.gov>; Katherine Gregory <Katherine.Gregory@law.njoag.gov>; Melissa Medoway <Melissa.Medoway@law.njoag.gov>; Glenn Moramarco <Glenn.Moramarco@law.njoag.gov>
**Cc:** Daniel L. Schmutter <dschmutter@hartmanwinnicki.com>
**Subject:** [EXTERNAL] Defense Distributed et al. v Grewal, No. 3:19-cv-04753-AET-TJB (D.N.J.)

Dear Counsel,

I attach an important letter regarding this case. In addition to this e-mail, a printed copy is being mailed to you.

_____
Chad Flores
Partner • Beck Redden LLP
cflores@beckredden.com
(713) 951-6268

CONFIDENTIALITY NOTICE The information contained in this communication from the

Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.