UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Defense Distributed,<br>Second Amendment Foundation, Inc.,<br>Firearms Policy Coalition, Inc.,<br>Firearms Policy Foundation,<br>The Calguns Foundation,<br>California Association of Federal<br>Firearms Licensees, Inc., and<br>Brandon Combs,<br>      *Plaintiffs*,<br><br>v.<br><br>Gurbir Grewal, Attorney General of the<br>State of New Jersey,<br>      *Defendant*. | No. 3:19-cv-04753-AET-TJB |

~~Proposed~~ **[Ad]** Order on Plaintiffs' Motion by Consent for
Permission to File and Serve Paper Materials

BECK REDDEN LLP
Chad Flores*
cflores@beckredden.com
Daniel Hammond*
dhammond@beckredden.com
Hannah Roblyer*
hroblyer@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

*Admitted *pro hac vice*

HARTMAN & WINNICKI, P.C.
Daniel L. Schmutter
dschmutter@hartmanwinnicki.com
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040

Josh Blackman**
joshblackman@gmail.com
1303 San Jacinto Street
Houston, Texas 77002
(202) 294-9003

***Pro hac vice* motion to be filed

Counsel for Plaintiffs

This matter having been presented to the Court upon the unopposed application of Plaintiffs, by and through their counsel, Hartman & Winnicki, P.C. and Beck Redden LLP, for an order granting permission to file and serve materials as paper filings pursuant to Local Civil rule 5.2(11); the parties having consented to the entry of the within order; and good cause appearing, **IT IS** on this 26th day of February 2019, **ORDERED** as follows:

1) Plaintiffs are permitted to submit the June 24, 2015 Supplemental Declaration of Cody Wilson as a paper filing excluded from the ECF system;

(2) Upon submission, the June 24, 2015 Supplemental Declaration of Cody Wilson shall be labeled Exhibit 56 and associated with Plaintiffs' motion for a preliminary injunction, Doc. 18.

(3) Plaintiffs are permitted to submit *The Liberator Code Book: An Exercise in Free Speech* as a paper filing excluded from the ECF system;

(4) Upon submission, the the *The Liberator Code Book: An Exercise in Free Speech* shall be labeled Exhibit 57 and associated with Plaintiffs' motion for a preliminary injunction, Doc. 18.

Dated: 2/26/19

Anne E. Thompson
United States District Judge

The undersigned hereby consent to entry of this order.

Date: February 25, 2019

Respectfully submitted,

BECK REDDEN LLP
Chad Flores*
cflores@beckredden.com
Daniel Hammond*
dhammond@beckredden.com
Hannah Roblyer*
hroblyer@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700
*Admitted *pro hac vice*

HARTMAN & WINNICKI, P.C.
s/ Daniel L. Schmutter
Daniel L. Schmutter
dschmutter@hartmanwinnicki.com
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040

Josh Blackman**
joshblackman@gmail.com
1303 San Jacinto Street
Houston, Texas 77002
(202) 294-9003
***Pro hac vice* motion to be filed

Counsel for Plaintiffs

Office of the New Jersey
Attorney General

Eric J. Boden
eric.boden@law.njoag.gov
(973) 648-4425
Katerine A. Gregory
katherine.gregory@law.njoag.gov
(973) 648-4846
Melissa L. Medoway
Melissa.medoway@law.njoag.gov
(973) 648-4137
124 Halsey Street, 5th Floor
Newark, New Jersey 07101

Office of the New Jersey
Attorney General

/s Glenn J. Moramarco
Glenn J. Moramarco
glenn.moramarco@law.njoag.gov
25 Market Street, First Floor
Trenton, New Jersey 08625
(609) 376-3235

Counsel for Defendant