

*State of New Jersey*

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

March 5, 2019

The Honorable Anne E. Thompson
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    <u>Defense Distributed, et al. v. Gurbir Grewal</u>
             Civ. No. 19-cv-4753

Dear Judge Thompson:

      In light of this Court's decision to hold a status conference in this case on March 7, 2019, Defendant New Jersey Attorney General Gurbir Grewal respectfully requests that this Court grant a short extension of time for Defendant to submit its opposition to Plaintiffs' motion for a preliminary injunction. The State's response is currently due on March 6, 2019. The State requests an extension of time to file its opposition to the motion for a preliminary injunction until either March 8, 2019, or until such time as ordered by the Court at the status conference. This short-term relief is necessary to preserve the status quo while this Court considers whether it is appropriate for Plaintiffs to be litigating their claims in two separate judicial forums at the same time.

                              Respectfully submitted,

                              GURBIR S. GREWAL
                              ATTORNEY GENERAL OF NEW JERSEY

                        By:  <u>*/s Glenn J. Moramarco*</u>
                              Glenn J. Moramarco
                              Assistant Attorney General



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3232 • FAX: (609) 292-0690
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*