UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE: TRENTON**                                                      3/7/2019
**JUDGE ANNE E. THOMPSON**
**COURT RECORDER: K.STILLMAN**


**TITLE OF CASE:**                                                       CV19-4753(AET)

DEFENSE DISTRIBUTED, ET AL.

v.

GURBIR S GREWAL


**APPEARANCES:**
Daniel L. Schmutter, Esq. (in person) & Charles Flores, Esq. (via telephone), for plaintiffs.
Glenn Moramarco, AAG & Melissa Meadoway, AAG, for defendant.


**NATURE OF PROCEEDINGS:**
**STATUS CONFERENCE HELD.**
Ordered case is stayed pending resolution of the matter in the Western District of Texas.
Order to follow.


**TIME COMMENCED: 2:00 pm**
**TIME ADJOURNED: 2:30 pm**
**TOTAL TIME: 30 minutes**

<u>s/Ann Dello Iacono</u>
**Deputy Clerk**