UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Defense Distributed, Second Amendment Foundation, Inc., Firearms Policy Coalition, Inc., Firearms Policy Foundation, The Calguns Foundation, California Association of Federal Firearms Licensees, Inc., and Brandon Combs,<br>　　　　　*Plaintiffs*,<br><br>　　　　　　v.<br><br>Gurbir Grewal, Attorney General of the State of New Jersey,<br>　　　　　*Defendant*. | No. 3:19-cv-04753-AET-TJB |

**Plaintiffs' Notice of Motion for Injunction Pending Appeal**

BECK REDDEN LLP
Chad Flores
cflores@beckredden.com
Daniel Hammond
dhammond@beckredden.com
Hannah Roblyer
hroblyer@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

HARTMAN & WINNICKI, P.C.
Daniel L. Schmutter
dschmutter@hartmanwinnicki.com
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040

Counsel for Plaintiffs

PLEASE TAKE NOTICE that:

1. Plaintiffs move for the entry of an injunction pending appeal against Defendant Gurbir Grewal.

2. Plaintiffs support the motion with their amended complaint and the brief submitted herewith.

3. Plaintiffs waive oral argument.

4. Plaintiffs submit a proposed form of order herewith.

5. Plaintiffs request expedited consideration because of the action's extraordinary constitutional concerns, because irreparable injury is occurring now, and because further irreparable injury is imminently threatened.

6. Defendant Gurbir Grewal opposes the motion.

Date: April 4, 2019                                          Respectfully submitted,

BECK REDDEN LLP                                    HARTMAN & WINNICKI, P.C.
Chad Flores                                                  s/ Daniel L. Schmutter
cflores@beckredden.com                            Daniel L. Schmutter
Daniel Hammond                                        dschmutter@hartmanwinnicki.com
dhammond@beckredden.com                  74 Passaic Street
Hannah Roblyer                                         Ridgewood, New Jersey 07450
hroblyer@beckredden.com                       (201) 967-8040
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

Counsel for Plaintiffs