NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEFENSE DISTRIBUTED, SECOND AMENDMENT FOUNDATION, INC., FIREARMS POLICY COALITION, INC., FIREARMS POLICY FOUNDATION, CALGUNS FOUNDATION, CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, and BRANDON COMBS,<br><br>Plaintiffs,<br><br>v.<br><br>GURBIR GREWAL, ATTORNEY GENERAL of the STATE of NEW JERSEY,<br><br>Defendant. | Civ. No. 19-4753<br><br>**MEMORANDUM ORDER** |

THOMPSON, U.S.D.J.

IT APPEARING that Plaintiffs seek to enjoin Defendant Gurbir Grewal, Attorney General of New Jersey, from enforcing N.J.S.A. § 2C:39-9($l$)(2) (ECF No. 17); and it further

APPEARING that on March 7, 2019, the Court stayed all proceedings in this action until the action in the Western District of Texas (Civil Docket No. 18-637) is resolved and no other motions and/or appeals are viable (ECF No. 26); and it further

APPEARING that on April 1, 2019, Plaintiffs appealed the Court's Order staying all proceedings until the action in the Western District of Texas (Civil Docket No. 18-637) is resolved and no other motions and/or appeals are viable (ECF No. 28); and it further

APPEARING that Plaintiffs now request an injunction pending appeal to "enjoin the same conduct that the Plaintiffs' motion for a preliminary injunction seeks to enjoin" (Pls.' Br. Supp. Mot. Inj. at 2, ECF No. 31-1); and it further

APPEARING that the action in the Western District of Texas is not resolved as a Motion to Amend Judgment remains pending (*see* Civil Docket No. 18-637, ECF No. 102); and it further

APPEARING that Plaintiffs waive oral argument in regard to their request for an injunction pending appeal (Pls.' Mot. Inj. ¶ 5, ECF No. 31);

IT IS on this 9th day of April, 2019,

ORDERED that Plaintiffs' Motion for Injunction Pending Appeal (ECF No. 31) is DENIED.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.