NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEFENSE DISTRIBUTED, SECOND AMENDMENT FOUNDATION, INC., FIREARMS POLICY COALITION, INC., FIREARMS POLICY FOUNDATION, CALGUNS FOUNDATION, CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, and BRANDON COMBS,<br><br>Plaintiffs,<br><br>v.<br><br>GURBIR GREWAL, ATTORNEY GENERAL of the STATE of NEW JERSEY,<br><br>Defendant. | Civ. No. 19-4753<br><br>**ORDER** |

THOMPSON, U.S.D.J.

IT APPEARING that on March 7, 2019, the Court ordered that all proceedings in this action are stayed until the related action in the Western District of Texas (Civ. Dkt. No. 18-637) is resolved and no other motions for relief and/or appeals are viable (Order at 1–2, ECF No. 26),

IT IS on this 28th day of August, 2019,

ORDERED that Plaintiffs' Amended Motion for Preliminary Injunction (ECF No. 18) is DISMISSED without prejudice. Plaintiffs may refile this Motion once the stay has been lifted in this action.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.

1