UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Defense Distributed,<br>Second Amendment Foundation, Inc.,<br>Firearms Policy Coalition, Inc.,<br>Firearms Policy Foundation,<br>The Calguns Foundation,<br>California Association of Federal<br>Firearms Licensees, Inc., and<br>Brandon Combs,<br>         *Plaintiffs*,<br><br>      v.<br><br>Gurbir Grewal, Attorney General of the State of New Jersey,<br>         *Defendant*. | No. 3:19-cv-04753-AET-TJB |

## Notice of Appeal

| | |
|---|---|
| BECK REDDEN LLP<br>Chad Flores<br>cflores@beckredden.com<br>Daniel Hammond<br>dhammond@beckredden.com<br>Hannah Roblyer<br>hroblyer@beckredden.com<br>1221 McKinney Street, Suite 4500<br>Houston, Texas 77010<br>(713) 951-3700 | HARTMAN & WINNICKI, P.C.<br>Daniel L. Schmutter<br>dschmutter@hartmanwinnicki.com<br>74 Passaic Street<br>Ridgewood, New Jersey 07450<br>(201) 967-8040 |

Counsel for Plaintiffs

## Notice of Appeal

On April 1, 2019, the Plaintiffs filed a notice of appeal to the United States Court of Appeals for the Third Circuit from the "Order" entered in this action as Document 26 on March 7, 2019.  Doc. 28.  That appeal is pending in the Third Circuit as case number 19-1729.

On August 28, 2019, the Court entered an "Order" as Document 33 that relates to the existing appeal.  The prior notice of appeal may already give the Third Circuit appellate jurisdiction over the August 28, 2019 order.  To avoid any jurisdictional doubt, the Plaintiffs hereby supplement the existing notice of appeal, Doc. 28, with this additional notice of appeal:

> All Plaintiffs appeal to the United States Court of Appeals for the Third Circuit from the "Order" entered in this action as Document 33 on August 28, 2019.

For appellate docketing purposes, Plaintiffs respectfully request that matters arising from this notice of appeal be docketed in conjuncting with the existing appeal as Third Circuit case number 19-1729.

Date: September 23, 2019

BECK REDDEN LLP
Chad Flores
cflores@beckredden.com
Daniel Hammond
dhammond@beckredden.com
Hannah Roblyer
hroblyer@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

Respectfully submitted,

HARTMAN & WINNICKI, P.C.
s/ Daniel L. Schmutter
Daniel L. Schmutter
dschmutter@hartmanwinnicki.com
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040

Counsel for Plaintiffs