UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 19-1729 & 19-3182
_____

DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION INC;
FIREARMS POLICY COALITION INC; FIREARMS POLICY FOUNDATION;
CALGUNS FOUNDATION; CALIFORNIA ASSOCIATION OF FEDERAL
FIREARMS LICENSEES INC; BRANDON COMBS,
Appellants

v.

ATTORNEY GENERAL STATE OF NEW JERSEY
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3-19-cv-04753)
District Judge: Honorable Anne E. Thompson
_____

Submitted under Third Circuit LAR 34.1(a)
February 28, 2020
_____

Before: McKEE, SHWARTZ, and PHIPPS, Circuit Judges.

(Filed: August 25, 2020)
_____

JUDGMENT
_____

This cause came on to be heard on the record before the United States District

Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R.

34.1(a) on February 28, 2020.

On consideration whereof, it is ORDERED and ADJUDGED by this Court that the appeal of the orders of the District Court entered on March 8, 2019, and August 28, 2019, is hereby DISMISSED. Costs taxed against Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 25, 2020

Certified as a true copy and issued in lieu of a formal mandate on October 1, 2020

Teste: *[signature]*
**Clerk, U.S. Court of Appeals for the Third Circuit**