| | OFFICE OF THE CLERK | |
|---|---|---|
| **PATRICIA S. DODSZUWEIT** |  | TELEPHONE |
| **CLERK** | UNITED STATES COURT OF APPEALS<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA  19106-1790<br>Website: www.ca3.uscourts.gov | 215-597-2995 |

October 1, 2020

Mr. William T. Walsh
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse
402 East State Street
Trenton, NJ 08608

RE: Defense Distributed, et al v. Attorney General New Jersey
Case Numbers: 19-1729 & 19-3182
District Court Case Number: 3-19-cv-04753

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

For the Court,

s/ Patricia S. Dodszuweit,
Clerk

s/ pdb Case Manager
cc:
Joshua Blackman
Charles Flores
Glenn J. Moramarco
Daniel N. Nightingale
Hannah Roblyer
Daniel L. Schmutter
Timothy Sheehan