GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendant Gurbir S. Grewal

By: Tim Sheehan (NJ Bar # 179892016)
Deputy Attorney General
(609) 815-2604
tim.sheehan@law.njoag.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| DEFENSE DISTRIBUTED, SECOND AMENDMENT FOUNDATION, INC., FIREARMS POLICY COALITION, INC., FIREARMS POLICY FOUNDATION, CALGUNS FOUNDATION, CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, and BRANDON COMBS,<br><br>    Plaintiffs,<br><br>v.<br><br>GURBIR GREWAL, Attorney General of the State of New Jersey,<br><br>    Defendant. | HON. ANNE E. THOMPSON<br><br>Civil Action No.<br>3:19-cv-4753<br><br>**NOTICE OF MOTION FOR CONSOLIDATION** |

| | |
|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC, <br><br>     Plaintiffs, <br><br> v. <br><br> GURBIR GREWAL, Attorney General of the State of New Jersey, <br><br>     Defendant. | HON. MICHAEL A. SHIPP <br><br> Civil Action No. <br>   3:21-cv-9867 |

TO:    United States District Court
        District of New Jersey – Trenton Vicinage
        Clarkson S. Fisher Building & U.S. Courthouse
        402 East State St.
        Trenton, NJ 08608

        Chad Flores, Esq.
        BECK REDDEN LLP
        1221 McKinney St., Suite 4500
        Houston, TX 77010

        Daniel L. Schmutter, Esq.
        HARTMAN & WINNICKI, P.C.
        74 Passaic St.
        Ridgewood, NJ 07450

        Josh Blackman, Esq.
        1303 San Jacinto St.
        Houston, TX 77002

**PLEASE TAKE NOTICE** that, on June 7, 2021, the undersigned, Gurbir S. Grewal, Attorney General of New Jersey, Tim Sheehan, Deputy Attorney General, appearing, on behalf of Defendant Gurbir S. Grewal, shall move before this Court

for an order consolidating *Defense Distributed et al. v. Gurbir S. Grewal*, No. 3:21-cv-9867, with *Defense Distributed et al. v. Gurbir S. Grewal*, No. 3:19-cv-4753, pursuant to Federal Rule of Civil Procedure 42(a) and Local Civil Rule 42.1.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached Brief and Declaration of Counsel in support of the Motion. A proposed Order is enclosed.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 42.1, a copy of the cover letter accompanying this Motion shall be electronically filed on the court's docket in No. 3:21-cv-9867.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rule of Civil Procedure 78, oral argument is not requested.

> GURBIR S. GREWAL
> ATTORNEY GENERAL OF NEW JERSEY
>
> By:   /s/ Tim Sheehan
> Tim Sheehan (NJ Bar # 179892016)
> Deputy Attorney General

Dated: April 28, 2021