

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 Market Street
P.O. Box 112
Trenton, NJ 08625

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

May 28, 2021

**Via CM/ECF**
Hon. Anne E. Thompson, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

   Re: **Defense Distributed, et al. v. Gurbir Grewal**
      **Docket No.: 3:19-cv-4753-AET-TJB**

      **Defense Distributed, et al. v. Gurbir Grewal**
      **Docket No.: 3:21-cv-9867-MAS-TJB**

Dear Judge Thompson:

  This office represents Defendant Gurbir S. Grewal, Attorney General of New Jersey, in the above-captioned matters. On April 28, 2021, we filed a motion to consolidate these cases which is returnable June 7, 2021. *See* ECF 41, No. 3:19-cv-4753. The motion is unopposed, since Plaintiffs did not submit any opposition before the May 24 deadline. Therefore, we respectfully submit that the Court should grant the unopposed motion now so that the consolidated action can proceed. Indeed, the State is prepared to file a Rule 12 motion to dismiss once consolidation is granted and is ready to propose a briefing schedule on our forthcoming motion.

  Our office is available for a status conference to discuss these issues if it would be helpful to the Court. Thank you for Your Honor's attention to this matter.

        Respectfully submitted,

        GURBIR S. GREWAL
        ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Tim Sheehan
      Tim Sheehan
      Deputy Attorney General

cc:   All counsel of record (via CM/ECF)