

*State of New Jersey*

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 Market Street
P.O. Box 112
Trenton, NJ 08625

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

June 17, 2021

**Via CM/ECF**
Hon. Anne E. Thompson, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

> **Re:** *Defense Distributed, et al. v. Gurbir Grewal*,
> **Civil Action Nos. 19-cv-4753 & 21-cv-9867 (Consolidated)**

Dear Judge Thompson:

This office represents Defendant Gurbir S. Grewal, Attorney General of New Jersey, in the above-captioned matters. We write to request a status conference to discuss both of these matters, which are now consolidated as a result of Your Honor's June 11, 2021 order granting the State's motion for consolidation. ECF 43, No. 19-cv-4753.

As our consolidation motion noted, the State plans to file a Rule 12 motion to dismiss both cases. However, because the stay of No. 19-cv-4753 is still in effect, *see* ECF 26 (Mar. 7, 2019), at this time the State would only be able to file a motion in No. 21-cv-9867. Given that the stay has not been lifted and that these consolidated cases raise substantively identical claims brought by the same plaintiffs, a status conference would help clarify the most efficient way for these cases to proceed, including by setting appropriate briefing schedules.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Tim Sheehan
       Tim Sheehan
       Deputy Attorney General

cc:   All counsel of record (via CM/ECF)