**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**


**OFFICE: TRENTON**                                       **Date: 4/13/2022**
**JUDGE ANNE E. THOMPSON**
**COURT REPORTER: Megan Mckay-Soule**


**TITLE OF CASE:**                                       **CV19-4753(AET)**

DEFENSE DISTRIBUTED, ET AL.                              **CV21-9867(AET)**

v.

GURBIR S GREWAL


**APPEARANCES:**
Daniel L. Schmutter, Esq., Chad Flores, Esq. & Josh Blackman, Esq., for Plaintiffs.
Tim Sheehan, AAG, Angela Cai, AAG, Melissa Medoway, AAG, Chandini Jha, AAG & John Passante, AAG, for Defendant.


**NATURE OF PROCEEDINGS:**
**STATUS CONFERENCE HELD VIA VIDEO.**
The Court will take no immediate action.


**TIME COMMENCED: 10:59 a.m.**
**TIME ADJOURNED: 11:24 a.m.**
**TOTAL TIME: 25 minutes**


                                       _s/Ann Dello Iacono_
                                       **Deputy Clerk**