

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

# State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

MATTHEW J. PLATKIN
*Acting Attorney General*

MICHELLE L. MILLER
*Director*

April 22, 2022

<u>Via CM/ECF</u>
Hon. Freda L. Wolfson, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

    Re: *Defense Distributed, et al. v. Gurbir Grewal*,
       <u>Civil Action Nos. 19-cv-4753 & 21-cv-9867 (Consolidated)</u>

Dear Chief Judge Wolfson,

  Defendants submit this letter requesting clarification of the Court's Text Order (ECF 51) directing the parties to simultaneously submit position papers regarding retransfer of this consolidated matter to the Western District of Texas by May 6, 2022. Is the Court requesting that the parties propose the next procedural steps (including a briefing schedule), or would the Court like the parties to submit their substantive briefing by May 6, 2022? If the latter, Defendants respectfully ask that the deadline for submission be moved to May 13, both because of this office's workload in several time-sensitive matters before the Third Circuit in the intervening time period and because there is a pending petition for rehearing en banc in the Fifth Circuit as to the panel decision regarding retransfer in this case. Finally, Defendants request clarification as to the length limitations of the submissions.



124 Halsey Street • TELEPHONE: (973) 877-1280 • FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Thank you for Your Honor's attention to this matter.

                                  Respectfully submitted,

                                  MATTHEW J. PLATKIN
                                ACTING ATTORNEY GENERAL
                                OF NEW JERSEY

                By:   /s/ Angela Cai
                       Angela Cai
                       Deputy State Solicitor

ORDERED that in light of the Order issued by the District Judge in Western District of Texas requesting the transfer of this consolidated matter back to Texas, this Court, in its previous Text Order, asked each party to submit an informal letter stating its position as to whether this Court should exercise its discretion to transfer; and it is further

ORDERED that Defendant's request to extend the submission deadline to May 13, 2022, is GRANTED.