# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Defense Distributed, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>Matthew J. Platkin, Acting New Jersey Attorney General,<br>*Defendant*. | No. 3:19-cv-4753<br>No. 3:21-cv-9867 |

### Plaintiffs' Notice of Dismissal of
### Case Number 3:19-cv-4753

BECK REDDEN LLP
Chad Flores
cflores@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

HARTMAN & WINNICKI, P.C.
Daniel L. Schmutter
dschmutter@hartmanwinnicki.com
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040

Counsel for Plaintiffs

Plaintiffs Defense Distributed, Second Amendment Foundation, Inc., Firearms Policy Coalition, Inc., Firearms Policy Foundation, The Calguns Foundation, California Association of Federal Firearms Licensees, Inc., and Brandon Combs file this Notice of Dismissal regarding case number 3:19-cv-4753.

Before the Court now are two consolidated cases. Case number 3:19-cv-4753 was first filed in this Court. Case number 3:21-cv-9867 was first filed in the United States District Court for the Western District of Texas and later transferred here.

This filing pertains only to case number 3:19-cv-4753, the case that was first filed in this Court. All Plaintiffs in case number 3:19-cv-4753 hereby invoke Federal Rule of Civil Procedure 41(a)(1)(A)(i) to immediately dismiss the action filed as case number 3:19-cv-4753 without prejudice. The dismissal takes effect immediately and without the need for court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

This filing does *not* pertain to case number 3:21-cv-9867, the case that was first filed in the Western District of Texas and later transferred here. The United States Court of Appeals for the Fifth Circuit has correctly overruled that action's transfer decision and correctly held that that case should return to Texas immediately; the Fifth Circuit mandate has issued and return has been requested. Now that the consolidated case in this Court has been dismissed, there is a perfectly clean procedural posture from which to accomplish the return of case number 3:21-cv-9867 to the Western District of Texas.

| | |
|---|---|
| Date: July 27, 2022 | Respectfully submitted, |
| BECK REDDEN LLP<br>Chad Flores<br>cflores@beckredden.com<br>1221 McKinney Street, Suite 4500<br>Houston, Texas 77010<br>(713) 951-3700 | HARTMAN & WINNICKI, P.C.<br>s/ Daniel L. Schmutter<br>Daniel L. Schmutter<br>dschmutter@hartmanwinnicki.com<br>74 Passaic Street<br>Ridgewood, New Jersey 07450<br>(201) 967-8040 |

                                              Counsel for Plaintiffs