HARTMAN & WINNICKI, P.C.
Daniel L. Schmutter
dschmutter@hartmanwinnicki.com
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040

BECK REDDEN LLP
Chad Flores
cflores@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Defense Distributed, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> Matthew J. Platkin, Acting New Jersey Attorney General, <br> *Defendant*. | No. 3:21-cv-9867 |

THIS MATTER having been opened to the Court by Daniel L. Schmutter, Esq., counsel for the plaintiffs, on a motion for reconsideration of the July 27, 2022 order denying transfer; it appearing that Erin Hodge, Esq., Deputy Attorney General, counsel for Defendant New Jersey Attorney General, opposes motion; the Court having considered the parties' submissions in connection with the motion, for the reasons set forth in the motion and for other good cause,

**IT IS** on this ___th day of _____, 2022,

**ORDERED** that Plaintiffs' motion to transfer is **GRANTED.** The case is hereby immediately transferred out of the United States District Court for the District of New Jersey to the United States District Court for the Western District of Texas.

Dated: _____                              _____

                                                      United States District Judge