# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Defense Distributed, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> Matthew J. Platkin, Acting New Jersey Attorney General, <br> *Defendant*. | No. 3:19-cv-4753 <br> No. 3:21-cv-9867 |

## Certificate of Service

BECK REDDEN LLP
Chad Flores
cflores@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

HARTMAN & WINNICKI, P.C.
Daniel L. Schmutter
dschmutter@hartmanwinnicki.com
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040

I, **DANIEL L. SCHMUTTER, ESQ.**, hereby certify as follows:

1. I am an attorney at law admitted to practice before this Court and am a member of the firm of Hartman & Winnicki, P.C., attorneys for Plaintiffs in the above-captioned matter. On July 27, 2022, I electronically filed and served the following documents on counsel of record behalf of Plaintiffs:

    a. Plaintiffs' Plaintiffs' Notice of Motion to Reconsider the Order Denying Plaintiffs' Motion to Transfer and Request for Expedited Consideration
    b. Plaintiffs' Brief in Support of Plaintiffs' Motion to Reconsider the Order Denying Plaintiffs' Motion to Transfer
    c. Plaintiffs' Proposed Order Granting Plaintiffs' Motion to Reconsider the Order Denying Plaintiffs Motion to Transfer

I declare under penalty of perjury that the foregoing is true and correct.

> By: s/ Daniel L. Schmutter, Esq.
> Dated: July 27, 2022
> Daniel L. Schmutter, Esq.
> **HARTMAN & WINNICKI, P.C.**
> 74 Passaic Street
> Ridgewood, New Jersey 07450
> Phone: (201) 967-8040
> Fax:   (201) 967-0590
> dschmutter@hartmanwinnicki.com
> *Attorneys for Plaintiffs*