UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DEFENSE DISTRIBUTED *et al.*,

                     Plaintiffs,

v.

MATTHEW J. PLATKIN, Attorney General of the State of New Jersey,

                     Defendant.

Civil Action No. 19-04753 (FLW)

**ORDER**

**THIS MATTER** having been opened to the Court by Daniel L. Schmutter, Esq., on behalf of Plaintiffs Defense Distributed and Second Amendment Foundation, Inc. ("Plaintiffs"), upon a motion for reconsideration of this Court's July 27, 2022 Opinion and a second motion to transfer to the Western District of Texas; it appearing that Tim Sheehan, Esq., on behalf of the Attorney General of the State of New Jersey, Matthew J. Platkin, opposed the motions; the Court having considered the parties' written briefs without oral argument, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 25th day of October 2022,

**ORDERED** that Plaintiffs' motion for reconsideration is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiffs' second motion to transfer is **DENIED**.

                                                  /s/ Freda L. Wolfson
                                                  Freda L. Wolfson
                                                  U.S. Chief District Judge