LAW OFFICES
# HARTMAN & WINNICKI, P.C.

| | | |
|---|---|---|
| Dariusz M. Winnicki *°<br>Richard L. Ravin *°□<br>Daniel L. Schmutter*<br>Andrew T. Wolfe* | 74 PASSAIC STREET<br>RIDGEWOOD, NEW JERSEY 07450<br><br>* * *<br><br>WEBSITE<br>www.hartmanwinnicki.com | Phone: (201) 967-8040<br>Fax:    (201) 967-0590 |
| * New York and New Jersey Bars<br>° Florida Bar<br>□ Washington, D.C. Bar<br>◊ New Jersey Bar | | Porter E. Hartman (1920-2009)<br>Charles R. Buhrman (1938-1994)<br>William T. Marsden (1943-1993)<br>Cyrus D. Samuelson (1911-1998) |

December 5, 2022

**VIA ECF**
Hon. Freda L. Wolfson
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: Defense Distributed et al. v Grewal, 3:19-cv-04753-AET-TJB (D.N.J.)

Dear Judge Wolfson:

Plaintiffs respectfully request adjournment of the motion day for ECF No. 69, the "Motion to Dismiss Second Amended Complaint" of Defendant Matthew J. Platkin, Attorney General of New Jersey. Plaintiffs make this request pursuant to Local Civil Rule 7.1(d)(5), which provides for this adjournment automatically, without the need for consent of the moving party, the Court, or the Clerk. That rule's prerequisites are satisfied because ECF No. 69's originally noticed motion day has not previously been extended or adjourned and because this request is timely, having arrived before the date on which an opposition paper would otherwise be due under Local Civil Rule 7.1(d)(2).

With this adjournment, ECF No. 69's new motion day is either Monday January 2, 2023 or Tuesday January 3, 2023. Although the federal holiday statute does not expressly make Monday January 2, 2023, a holiday, see 5 U.S.C. 6103(b), the Office of Personnel Management does list that date as a federal holiday. See Federal Holidays, United States Office of Personnel Management,  https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=2023 (last visited December 2, 2022). If Monday January 2, 2023, is deemed a federal holiday for purposes of setting motion days, this adjournment should make the motion's new motion day Tuesday January 3, 2023.

| | Respectfully submitted, |
|---|---|
| Chad Flores* | /s/ Daniel L. Schmutter |
| Beck Redden LLP | Daniel L. Schmutter |
| 1221 McKinney Street, | Hartman & Winnicki, P.C. |
| Suite 4500 | 74 Passaic Street |
| Houston, Texas 77010 | Ridgewood, New Jersey 07450 |
| (713) 951-3700 | (201) 967-8040 |
| cflores@beckredden.com | dschmutter@hartmanwinnicki.com |
| * Admitted *pro hac vice* | |

cc via ECF: All counsel of record registered to receive electronic notification