

*State of New Jersey*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

December 23, 2022

<u>**Via CM/ECF**</u>
Hon. Freda L. Wolfson, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

Re:    ***Defense Distributed, et al. v. Matthew J. Platkin*,**
            **<u>Civil Action Nos. 19-4753 & 21-9867 (Consolidated)</u>**

Dear Chief Judge Wolfson,

      The Attorney General writes to request a three-day extension of our deadline to file a reply in support of our Motion to Dismiss, which is currently December 27, to avoid the need to work through the holiday weekend. We advised counsel for Plaintiffs of this request, who stated that Plaintiffs consent to adjourning the motion for one cycle. Accordingly, our office respectfully requests that the deadline for the Attorney General's reply brief be extended through December 30, 2022.

      Thank you for Your Honor's consideration of this request.



124 Halsey Street • TELEPHONE: (973) 877-1280 • FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Page 2

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Tim Sheehan
Tim Sheehan
Deputy Attorney General

cc:   All counsel of record (via CM/ECF)